UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDIS GONZALEZ RECINOS,
Petitioner,

-v-

DEPARTMENT OF HOMELAND SECURITY,
Respondent.

26-CV-7986 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner Fredis Gonzalez Recinos is a lawful permanent resident from El Salvador. (ECF No. 1 at 6.) On May 7, 2026, Immigration and Customs Enforcement ("ICE") officials issued a Notice to Appear charging Petitioner with removability for, among other reasons, having been convicted of a crime of child abuse. (ECF No. 12 ¶ 23; ECF No. 13-3 at 5.) That same day, ICE officials also issued a Form I-200 Warrant for Petitioner's arrest. (ECF No. 12 ¶ 23; ECF No. 13-2 at 2.) On May 8, 2026, ICE officials arrested Petitioner pursuant to the Form I-200 Warrant. (ECF No. 12 ¶¶ 24-26.) On August 14, 2026, an immigration judge ordered Petitioner removed to El Salvador. (*Id.* ¶ 34; ECF No. 13-6.) On or about September 8, 2026, Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking his release from detention. (*See* ECF No. 10 at 1-2; ECF No. 14 at 5 n.1; ECF No. 1 at 8.) On September 15, 2026, the deadline for Petitioner to appeal his removal order to the Board of Immigration Appeals expired, and Petitioner's order of removal became administratively final. (ECF No. 12 ¶¶ 35-36.)

The petition for a writ of habeas corpus is DENIED for the reasons stated during the telephone conference held on September 22, 2026.

The Court's injunction against Petitioner's removal from the United States or transfer to a facility outside of this District, the Eastern District of New York, or the District of New Jersey (ECF No. 4) is VACATED.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 22, 2026
New York, New York

J. PAUL OETKEN
United States District Judge