**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FREDIS GONZALEZ RECINOS,

Petitioner,

26 **CIVIL** 7986 (JPO)

-against-

**JUDGMENT**

DEPARTMENT OF HOMELAND SECURITY,

Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2026, the petition for a writ of habeas corpus is DENIED for the reasons stated during the telephone conference held on September 22, 2026. The Court's injunction against Petitioner's removal from the United States or transfer to a facility outside of this District, the Eastern District of New York, or the District of New Jersey (ECF No. 4) is VACATED; accordingly, the case is closed.

**DATED:** New York, New York
September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**